UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH PRENCIPE, an individual and McLEAR & CO., a Delaware corporation, dba NFC RING<br>Plaintiff(s)<br>v.<br>KERV WEARABLES LTD.<br>Defendant(s) | Case No. C 3:16-cv-07159-JSC<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

    (1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

    (2) Discussed the available dispute resolution options provided by the Court and private entities; and

    (3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 2/23/17    Signed: *Phil Campbell* /aod
                                           Party

Date: 2/23/17    Signed: *[signature]*
                                           Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 11-2016