Andrew D. Skale (SBN 211096)
askale@mintz.com
Ben L. Wagner (SBN 243594)
bwagner@mintz.com
Heather Silver (SBN 285509)
hjsilver@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA  92130
Telephone: (858) 314-1500
Facsimile:  (858) 314-1501

Attorneys for Non-Party
ESOS RINGS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSEPH PRENCIPE, an individual and McLEAR & CO., a Delaware corporation, dba NFC RING,<br><br>Plaintiffs,<br><br>v.<br><br>KERV WEARABLES LTD, a United Kingdom Limited Corporation,<br><br>Defendants. | Case No.  3:16-cv-07159-JSC<br><br>**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS BY NON-PARTY ESOS RINGS, INC.'S**<br><br>Courtroom F – 15th Floor<br>Honorable Jacqueline Scott Corley |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| PARTY | CONNECTION / INTEREST |
|---|---|
| Esos Rings, Inc. | Proposed Intervenor-Plaintiff |
| Michelle Silverstein | Co-owner of Proposed Intervenor Plaintiff |
| Rex Scates | Co-owner of Proposed Intervenor Plaintiff |
| Joseph Prencipe | Plaintiff |
| McLear & Co. | Plaintiff |
| Kerv Wearables Ltd. | Defendant |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Respectfully submitted,

Dated: March 13, 2017

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

By: *s/Andrew D. Skale*
Andrew D. Skale, Esq.
Ben L. Wagner, Esq.
Heather Silver, Esq.

*Attorneys of Record for Non-Party ESOS RINGS, INC.*

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On March 13, 2017, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- Preston S Kerr — sterling@sterlingkerrlaw.com
- R David Donoghue — david.donoghue@hklaw.com, peter.uhlenhake@hklaw.com, steven.jedlinski@hklaw.com
- Robert David Donoghue — david.donoghue@hklaw.com
- Steven Eric Jedlinski — steven.jedlinski@hklaw.com
- Taylor Simpson — taylor@sterlingkerrlaw.com

Executed on March 13, 2017, at San Diego, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*s/Andrew D. Skale*
Andrew D. Skale

67813820v.1