1  Andrew D. Skale (SBN 211096)
   askale@mintz.com
2  Ben L. Wagner (SBN 243594)
   bwagner@mintz.com
3  Heather Silver (SBN 285509)
   hjsilver@mintz.com
4  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   3580 Carmel Mountain Road, Suite 300
5  San Diego, CA  92130
   Telephone: (858) 314-1500
6  Facsimile:  (858) 314-1501

7  Attorneys for Non-Party
   ESOS RINGS, INC.
8

9                    UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

11

| JOSEPH PRENCIPE, an individual and McLEAR & CO., a Delaware corporation, dba NFC RING, | Case No.  3:16-cv-07159-JSC |
|---|---|
| Plaintiffs, | **NON-PARTY ESOS RINGS, INC.'S REPLY IN SUPPORT OF MOTION TO INTERVENE [DKT. 47]** |
| v. | Date:      May 4, 2017<br>Time:      9:00 a.m.<br>Courtroom F – 15th Floor<br>Honorable Jacqueline Scott Corley |
| KERV WEARABLES LTD, a United Kingdom Limited Corporation, | |
| Defendants. | |

Non-Party Esos Rings, Inc. ("Esos") filed a Motion to Intervene in the instant litigation on March 13, 2017 (the "Motion"). Dkt. 47. Defendant Kerv Wearables Ltd. ("Kerv") filed a Response to the Motion on March 27, 2017, stating that Kerv "does not oppose [Esos'] Motion to Intervene in this action." Dkt. No. 57 at 2. Existing plaintiffs Joseph Prencipe and McLear & Co. filed no opposition to the Motion. Esos' Motion is therefore unopposed and should be granted.

Respectfully submitted,

Dated: April 3, 2017

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

By: *s/Andrew D. Skale*
    Andrew D. Skale, Esq.
    Ben L. Wagner, Esq.
    Heather Silver, Esq.

*Attorneys for Non-Party*
*ESOS RINGS, INC.*

**CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On April 3, 2017, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the ECF participants.

Executed on April 3, 2017, at San Diego, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*s/Andrew D. Skale*
Andrew D. Skale
