# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| JOSEPH PRENCIPE, ET AL., <br> Plaintiffs, <br> v. <br> KERV WEARABLES LTD, <br> Defendant. | Case No. 16-cv-07159-BLF <br><br> **REQUEST FOR STATUS UPDATE** |

On May 30, 2017, the Court issued an order staying this case until the state court action disposes of the claim relating to the ownership of U.S. Patent No. 9,313,609 (the '609 patent). ECF 67. The Court requested the parties to jointly submit a status update by November 30, 2017 or when the state court disposes of the claim relating to the ownership of the '609 patent, whichever is earlier. November 30, 2017 has passed, but the Court has not received a status update as of this date. Accordingly, IT IS HEREBY ORDERED that the parties shall jointly submit a written status update **on or before January 17, 2018**.

**IT IS SO ORDERED.**

Dated: December 18, 2017

_____
BETH LABSON FREEMAN
United States District Judge