1  Andrew D. Skale (SBN 211096)
   adskale@mintz.com
2  Ben L. Wagner (SBN 243594)
   blwagner@mintz.com
3  MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
   3580 Carmel Mountain Road, Suite 300
4  San Diego, CA  92130
   Telephone: (858) 314-1500
5  Facsimile:  (858) 314-1501

6  Attorneys for Non-Party
   ESOS RINGS, INC.

7

8                          **UNITED STATES DISTRICT COURT**

9            **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10

11  JOSEPH PRENCIPE, an individual and         Case No.  3:16-cv-07159-JSC
    McLEAR & CO., a Delaware corporation, dba
12  NFC RING,                                  **COURT-ORDERED UPDATED JOINT
                                                STATUS REPORT**
13                          Plaintiffs,
                                               Courtroom F – 15th Floor
14            v.                               Honorable Jacqueline Scott Corley

15  KERV WEARABLES LTD, a United Kingdom
    Limited Corporation,
16
                            Defendant.
17
    ESOS RINGS, INC., a Delaware corporation,
18
                            Interplead Party.
19

20            TO THE COURT, pursuant to its Order for a joint status update, the parties advise the Court

21  that the state court action is still pending, all pleadings challenges as to the operative complaints

22  have been ruled on by the trial court, and discovery is underway.  No trial date has yet been set and

23  it is not anticipated that trial will take place until 2019.  This joint status update is being submitted

24  with the consent of all parties to this action.  The undersigned conferred with counsel for the other

25  parties prior to providing this status update and received the consent of all parties as to the above

26  content.

27

28

                                               1

1   Dated:  January 17, 2018

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO

By:   */s/Ben L. Wagner*
      Andrew D. Skale, Esq.
      Ben L. Wagner, Esq.

*Attorneys for Non-Party*
*ESOS RINGS, INC.*

COURT-ORDERED UPDATED JOINT STATUS REPORT - 3:16-CV-07159-JSC

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and am not a party to the above-entitled action.

On January 17, 2018, I filed a copy of the foregoing document by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the ECF participants.

Executed on January 17, 2018, at San Diego, California.  I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

*/s/Ben L. Wagner*
Ben L. Wagner